IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LEE R. MOLINE                                              PLAINTIFF

v.                         CIVIL NO. 10-3093

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                       DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 9th day of February 2012.

                                                            /s/ *Erin L. Setser*
                                                            HON. ERIN L. SETSER
                                                            UNITED STATES MAGISTRATE JUDGE